# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIRSHA BROWN,

    Plaintiff,

v.

NATIONAL SECURITY AGENCY, et al.,

    Defendants.

Case No. 2:10-CV-00557-KJD-PAL

**ORDER**

    On July 23, 2010, Magistrate Judge Peggy A. Leen issued a Report and Recommendation (#21) recommending that the Court dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. According to Local Rule IB 3-2, the district judge makes a *de novo* determination of those portions of the specified findings and recommendations to which objections have been made. Additionally, under Local Rule IB 3-2, a party wishing to object to the findings and recommendations of a magistrate judge must file specific written objections within 14 days of service of the findings and recommendations. In this case, however, no objections have been made.

    Moreover, the Court has reviewed the record, including the Complaint, the Court's previous Orders, and the Amended Complaint, and accepts and adopts the Magistrate Judge's Report and Recommendation (#21) in whole.

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint is dismissed for failure to state a claim upon which relief can be granted.

    DATED this 18th day of August 2010.

_____
Kent J. Dawson
United States District Judge